# IN THE SUPREME COURT OF PENNSYLVANIA

| In the Matter of | : | No. 2566 Disciplinary Docket No. 3 |
|---|---|---|
| | : | |
| THEODORE HAUPTLE SMITH A/K/A | : | Board File No. C1-18-993 |
| THEODORE H. SMITH | : | |
| | : | (Supreme Court of New Jersey, |
| | : | D-39 September Term 2018) |
| | : | |
| | : | Attorney Registration No. 36719 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

**AND NOW**, this 13th day of March, 2019, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Theodore Hauptle Smith, a/k/a Theodore H. Smith, is disbarred from the practice of law in the Commonwealth of Pennsylvania. He shall comply with all the provisions of Pa.R.D.E. 217.